Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00366-CR

Jerry Lee **LOVELADY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-1243-CR
Honorable Dwight E. Peschel, Judge Presiding

Opinion by:    Catherine Stone, Chief Justice

Sitting:    Catherine Stone, Chief Justice
            Phylis J. Speedlin, Justice
            Marialyn Barnard, Justice

Delivered and Filed: April 14, 2010

AFFIRMED

After admitting that he violated several conditions of his community supervision, Jerry Lee

Lovelady's guilt was adjudicated on four counts of indecency with a child, and he was sentenced to

two consecutive terms of twenty years confinement.  Lovelady's court-appointed attorney filed a

brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386

U.S. 738 (1967).  Counsel concludes that the appeal has no merit.  Counsel provided Lovelady with

a copy of the brief and informed him of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Lovelady did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw is granted. *Nichols v. State*, 954 S.W.2d at 86; *Bruns* 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Lovelady wish to seek further review of this case by the Texas Court of Criminal Appeals, Lovelady must either retain an attorney to file a petition for discretionary review or Lovelady must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the date of either this opinion or the last timely motion for rehearing that is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with this court, after which it will be forwarded to the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3, 68.7. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4

Catherine Stone, Chief Justice

DO NOT PUBLISH